**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MARGARITA M NUNEZ LUNA,

               Plaintiff,                     23 **CIVIL** 0494 (AT) (VF)

     -v-                              **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated August 17, 2023, that the action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.

**Dated:** New York, New York
       August 17, 2023

                                     **RUBY J. KRAJICK**

                              _____

                                   **Clerk of Court**

                **BY:**                             

                               _____

                                   **Deputy Clerk**