```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Margarita M Nunez Luna,

             Plaintiff,

-against-

Commissioner of Social Security,

             Defendant.

23 Civ. 494 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's motion for attorneys' fees. ECF No. 19; *see* ECF Nos. 20–21. By **November 30, 2023**, Defendant shall file its response, if any.

    SO ORDERED.

Dated: November 16, 2023
       New York, New York

ANALISA TORRES
United States District Judge